Noriel SNIDER, Appellant,

v.

STATE of Missouri, Respondent.

No. 67732.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and WHITE, Special Judge.

### ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. Appellant's motion to strike supplemental transcript is sustained. Judgment affirmed in accordance with Rule 84.16(b).